IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:06CV68-C

| | | |
|---|---|---|
| VARNELL, STRUCK & ASSOCIATES, INC., | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| LOWE'S COMPANIES, INC., | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the "Motion for Admission of Charles E. Dorr to Practice Pro Hac Vice" (document #9) filed June 2, 2006, requesting admission of Attorney Charles E. Dorr to represent the Plaintiff. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: June 19, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge