# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO. 5:06CV68-C

| | | |
|---|---|---|
| VARNELL, STRUCK & ASSOCIATES, INC., | ) ) ) | |
| PLAINTIFF, | ) ) | |
| v. | ) ) | **ORDER** |
| LOWE'S COMPANIES, INC., | ) ) | |
| DEFENDANT | ) ) | |

**THIS MATTER** is on the Defendant's "Consent Motion To Lift Stay..." (document #16) imposed by the Court on June 23, 2006, and to set a deadline of November 7, 2006, for Defendant to respond to the Complaint. Upon consideration of the motion, made with the consent of Plaintiff, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The stay of this matter imposed by the Court on June 23, 2006 is **LIFTED**,

2. The Defendant shall have until November 14, 2006 to file and serve all Rule 9 and 12 motions in response to the Complaint;

3. Defendant will file and serve its Answer to any remaining counts in the Complaint within twenty (20) days from the Court ruling on motions directed to the pleadings; and,

4. The parties shall conduct their Rule 26(f) conference on or before November 30, 2006.

**SO ORDERED**.

Signed: October 30, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge