# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:06cv68

| | |
|---|---|
| VARNELL, STRUCK & ASSOCIATES, INC., </br></br>Plaintiff, </br></br>Vs. </br></br>LOWE'S COMPANIES, INC., </br></br>Defendant. </br>_____ </br></br>LOWE'S COMPANIES, INC., </br></br>Plaintiff, </br></br>Vs. </br></br>VARNELL, STRUCK AND ASSOCIATES, INC.; DAVID STRUCK; and JOHN VARNELL, </br></br>Defendants. </br>_____ | </br></br></br></br></br></br></br></br></br></br></br>**ORDER** |

**THIS MATTER** is before the court on John Varnell's Motion to Extend Deadline to Answer. Having considered John Varnell's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that John Varnell's Motion to Extend Deadline to Answer (#46) is **GRANTED,** and such defendant is allowed up to and inclusive of May 12, 2008, to so Answer.

Signed: May 1, 2008

Dennis L. Howell
United States Magistrate Judge